DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**JOHN MICHAEL SYDORIAK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-2123

[October 15, 2014]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312005CF000899A.

John Michael Sydoriak, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

The defendant appeals the trial court's summary denial of multiple claims for post-conviction relief under rule 3.850, and the denial of two other claims after an evidentiary hearing. We reverse and remand the case. The trial court shall allow the defendant a reasonable time to file an amended motion that meets the pleading requirements of *Alcorn v. State*, 121 So. 3d 419 (Fla. 2013), as to Claim 1 N only, if he can do so in good faith. *See* Fla. R. Crim. P. 3.850(f)(3); *see also Ramos v. State*, 141 So. 3d 643 (Fla. 4th DCA 2014). We affirm the case in all other respects.

*Affirmed in part, reversed in part, and remanded.*

DAMOORGIAN, C.J., MAY and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***